IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ARISTOTLE P., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 88 C 7919 |
| | ) | Hon. Charles R. Norgle, Sr. |
| BEVERLY J. WALKER, Director, Illinois | ) | Judge Presiding |
| Department of Children & Family | ) | |
| Services, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter coming before the Court for hearing on the Agreed Motion to Extend Time for Defendant to Respond to Children's Report to the Court and Motion to Extend the Consent Decree for Two Years and for Additional Relief, the parties being in agreement and the Court being fully advised,

IT IS HEREBY ORDERED that the Agreed Motion to Extend Time for Defendant to Respond to Children's Report to the Court and Motion to Extend the Consent Decree for Two Years and for Additional Relief is granted. Defendant shall file her response to the Children's Report to the Court and Motion to Extend the Consent Decree and for Additional Relief on or by July 20, 2018; Plaintiffs shall file their reply in support of their motion on or by August 3, 2018.

Dated: 6/6/2018

Enter:

Hon. Charles R. Norgle, Sr.
United States District Judge